794

for Cardwell, *Maurice P. Golden* for Huszagh, and *M. Manning Marcus* for Wegg, respondents.

No. 826. LEITHOLD ET AL., CO-PARTNERS TRADING AS CUSTOM MAID BRASSIERE CO., *v.* PORTER, PRICE ADMINISTRATOR. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Abraham L. Shapiro* and *Harry Shapiro* for petitioners. *Solicitor General McGrath* and *David London* for respondent.

No. 830. REA *v.* McDONALD, WARDEN. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Hayden C. Covington* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Irving S. Shapiro* for respondent.

No. 837. SORCEY *v.* UNITED STATES. March 25, 1946. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *James C. Leaton* for petitioner. *Solicitor General McGrath, Robert S. Erdahl* and *Andrew F. Oehmann* for the United States.

No. 839. MAXFIELD ET AL. *v.* UNITED STATES; and
No. 840. WILTON ET AL. *v.* UNITED STATES. March 25, 1946. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *George H. Zeutzius* and *A. P. G. Steffes* for petitioners. *Solicitor General McGrath, Sewall Key* and *J. Louis Monarch* for the United States.